**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rancho Paving, Inc., a California Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0264753** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1456 N. Magnolia Avenue #D** **El Cajon, CA 92020** | **c/o Ernesto Monzon** **1526 Amador** **Chula Vista, CA 91913** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Rancho Paving, Inc., a California Corporation**                              Case number *(if known)* _____
      Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2373

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Rancho Paving, Inc., a California Corporation**                         Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Rancho Paving, Inc., a California Corporation**                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January  3, 2024**
_____
MM / DD / YYYY

**X /s/ Ernesto Monzon**                                    **Ernesto Monzon**
_____            _____
Signature of authorized representative of debtor             Printed name

Title     **President**
_____

**18. Signature of attorney**

**X /s/ Jeffrey L. Brown**                          Date **January  3, 2024**
_____            _____
Signature of attorney for debtor                         MM / DD / YYYY

**Jeffrey L. Brown**
_____
Printed name

**Attorney at Law**
_____
Firm name

**7777 Alvarado Road
Suite 622
La Mesa, CA 91942**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(619) 461-6511**          Email address   **Jlb@brownfarmerlaw.com**
_____                          _____

**65321 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2024**          X **/s/ Ernesto Monzon**
                                                Signature of individual signing on behalf of debtor

                                                **Ernesto Monzon**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $ **26,800.62**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $ **26,800.62**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **27,500.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **39,856.13**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **3,585,358.75**

4.   **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b                     $ **3,652,714.88**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **6195** | $298.83 |
| 3.2. | **Bank of America** | **Checking** | **8780** | $1.79 |
| 3.3. | **C3 Bank** | **Checking** | **1410** | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $300.62 |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____
_____
Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2005 Ford commercial** | **$3,000.00** | **N/A** | **$3,000.00** |
| 47.2. | **2011 Ford commercial** | **$5,000.00** | **N/A** | **$5,000.00** |
| 47.3. | **2010 International commercial** | **$4,000.00** | **N/A** | **$4,000.00** |
| 47.4. | **2001 Metal trailer (for portable toilet)** | **$500.00** | **N/A** | **$500.00** |
| 47.5. | **2006 trailer** | **$1,500.00** | **N/A** | **$1,500.00** |
| 47.6. | **2008 Ford F650XLT** | **$4,500.00** | **N/A** | **$4,500.00** |

| Debtor | **Rancho Paving, Inc., a California Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 47.7. | 2010 Ford F150 XL | $3,500.00 | N/A | $3,500.00 |
|---|---|---|---|---|

| 47.8. | 2013 Ford F150 | $4,500.00 | N/A | $4,500.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                              $26,500.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor  **Rancho Paving, Inc., a California Corporation**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $300.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,800.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,800.62 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

**Fill in this information to identify the case:**

Debtor name **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Citi Bank NA**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2001 Metal trailer (for portable toilet)** | **$500.00** | **$500.00** |
|---|---|---|---|---|

**1 Citi Drive**
**Livingston, NJ 07039**

Creditor's mailing address

Describe the lien
**Small Busines loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Newtek Small business Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2005 Ford commercial** | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**1981 Marcus Avenue**
**New Hyde Park, NY 11042**

Creditor's mailing address

Describe the lien
**Small Busines loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Rancho Paving, Inc., a California Corporation**                          Case number (if known) _____
_____
Name

☐ Contingent
■ No                              ☐ Unliquidated
☐ Yes. Specify each creditor,    ☐ Disputed
including this creditor and its relative
priority.

---

| 2.3 | **Newtek Small business Inc.** | Describe debtor's property that is subject to a lien | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Avenue
New Hyde Park, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2011 Ford commercial**

**Describe the lien**
**Small Busines loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Newtek Small business Inc.** | Describe debtor's property that is subject to a lien | $4,500.00 | $4,500.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Avenue
New Hyde Park, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2008 Ford F650XLT**

**Describe the lien**
**Small Busines loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Newtek Small business Inc.** | Describe debtor's property that is subject to a lien | $3,500.00 | $3,500.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Avenue
New Hyde Park, NY 11042**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2010 Ford F150 XL**

**Describe the lien**
**Small Busines loan**
**Is the creditor an insider or related party?**
■ No

---

Debtor    **Rancho Paving, Inc., a California Corporation**    Case number (if known) _____
　　　　　Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Newtek Small business Inc.** | Describe debtor's property that is subject to a lien | $4,500.00 | $4,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 Ford F150** | | |

**1981 Marcus Avenue**
**New Hyde Park, NY 11042**

Creditor's mailing address

**Describe the lien**
**Small Busines loan**

Is the creditor an insider or related party?

Creditor's email address, if known ■ No

☐ Yes

**Date debt was incurred** Is anyone else liable on this claim?

■ No

**Last 4 digits of account number** ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?** As of the petition filing date, the claim is: Check all that apply

■ No ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority. ☐ Unliquidated

☐ Disputed

---

| 2.7 | **Newtek Small business Inc.** | Describe debtor's property that is subject to a lien | $2,500.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2003 Ford Ranger** | | |

**1981 Marcus Avenue**
**New Hyde Park, NY 11042**

Creditor's mailing address

**Describe the lien**
**Small Busines loan**

Is the creditor an insider or related party?

Creditor's email address, if known ■ No

☐ Yes

**Date debt was incurred** Is anyone else liable on this claim?

■ No

**Last 4 digits of account number** ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?** As of the petition filing date, the claim is: Check all that apply

■ No ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority. ☐ Unliquidated

☐ Disputed

---

| 2.8 | **Newtek Small business Inc.** | Describe debtor's property that is subject to a lien | $4,000.00 | $4,000.00 |
|---|---|---|---|---|

Debtor    **Rancho Paving, Inc., a California Corporation**          Case number (if known) _____
          Name

| Creditor's Name | **2010 International commercial** |
| --- | --- |

**1981 Marcus Avenue**
**New Hyde Park, NY 11042**

Creditor's mailing address

**Describe the lien**

**Small Busines loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          | **$27,500.00** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Hemer, Rousso & Heald**<br>**15910 Ventura Blvd. 12th Floor**<br>**Encino, CA 91436** | Line  **2.3** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify the case:**

Debtor name  **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **Internal Revenue Services** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $23,590.51 | $23,590.51 |
| Date or dates debt was incurred <br> **2022** | Basis for the claim: <br> **941 tax liability** | | |
| Last 4 digits of account number ____ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> **San Diego County** <br> **Dept of Revenue & Recovery** <br> **Box 129037** <br> **San Diego, CA 92112** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $14,817.68 | $14,817.68 |
| Date or dates debt was incurred <br> **2022-23** | Basis for the claim: <br> **tax liability** | | |
| Last 4 digits of account number **2361** <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

Debtor    **Rancho Paving, Inc., a California Corporation**    Case number *(if known)* _____
                Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,447.94 | $1,447.94 |

Priority creditor's name and mailing address

**State of California EDD**
**PO Box 826215**
**Sacramento, CA 94230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,447.94    $1,447.94

Date or dates debt was incurred
**2022**

Basis for the claim:
**tax liability**

Last 4 digits of account number **7873**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,945.00** |

**ABC Industrial Corp Svcs.**
**1411 N Magnolia Ave**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-23**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |

**ADLI Law Group**
**12400 Wilshire Blvd, Suite 146**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-23**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,649.60** |

**Adriana's Insurance Svcs.**
**9445 Charles Smith Ave.**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**Alton, Howard  CPA**
**12523 Limonite Ave 440 436**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,155.41** |

**AM Trust Financial**
**800 Superior Avenue E**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number **8241**

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____
        Name

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**AM Trust North America**
**PO Box 5876**
**Cleveland, OH 44101**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,190.93** |
|---|---|---|---|

**American Express**
**PO Box 0001**
**Los Angeles, CA 90096**

**Date(s) debt was incurred** __2020-23__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amigo, Ramon**
**8928 Jaime Court**
**Spring Valley, CA 91977**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,590.03** |
|---|---|---|---|

**AmTrust Group Workers Comp**
**16875 W Bernardo Dr, Ste 290,**
**San Diego, CA 92170**

**Date(s) debt was incurred** __2021-23__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,784.90** |
|---|---|---|---|

**Asset Collections Inc.I**
**660 SW 92nd Avenue #120**
**Portland, OR 97223**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __3067__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Meister Seal Coat__
__Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,784.90** |
|---|---|---|---|

**Assett Collections**
**9707 Aero Dr**
**San Diego, CA 92123**

**Date(s) debt was incurred** __2021-23__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,690.30** |
|---|---|---|---|

**Assured Protections Systems**
**3707 Cameo Ln**
**San Diego, CA 92111**

**Date(s) debt was incurred** __2021-23__

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **Rancho Paving, Inc., a California Corporation** | Case number *(if known)* |
| Name | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,172.85 |
|---|---|---|---|

**Avetta**
**PO Box 8474**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  **9712**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,172.85 |
|---|---|---|---|

**Avetta**
**1730 Flight Wy Suite 200,**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Breakinridge Insurance**
**100 Pacifica Suite 340**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.61 |
|---|---|---|---|

**Bridgestone Hose Power**
**50 Industrial Loop North**
**Orange Park, FL 32073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **201-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2644**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.61 |
|---|---|---|---|

**Bridgestone Hose Power**
**7375 Convoy Ct**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,607.00 |
|---|---|---|---|

**C3 Risk & Insurance Svcs.**
**404 Camino del Rio S #410**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,952.96 |
|---|---|---|---|

**Caine & Weiner**
**PO Box 55848**
**Sherman Oaks, CA 91413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Coast Equipment Rentals Business debt**

Last 4 digits of account number  **1733**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____

    Name

| | |
|---|---|
| **3.20** | |

**Nonpriority creditor's name and mailing address**

**Cal Portland**
**PO Box 847409**
**Los Angeles, CA 90084**

**Date(s) debt was incurred  202**

**Last 4 digits of account number  1609**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,533.41**

---

| | |
|---|---|
| **3.21** | |

**Nonpriority creditor's name and mailing address**

**California Commercial Cred Grp**
**525 N. TRYON STREET SUITE 1000**
**Charlotte, NC 28202**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.22** | |

**Nonpriority creditor's name and mailing address**

**Calportland**
**PO Box 847409**
**Los Angeles, CA 90084**

**Date(s) debt was incurred  2022-23**

**Last 4 digits of account number  1609**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.23** | |

**Nonpriority creditor's name and mailing address**

**CAT Card**
**PO Box 735638**
**Dallas, TX 75373**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  7081**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,754.52**

---

| | |
|---|---|
| **3.24** | |

**Nonpriority creditor's name and mailing address**

**Caterpillar Financial**
**PO Box 10647**
**Pasadena, CA 91189**

**Date(s) debt was incurred  2019**

**Last 4 digits of account number  4762**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**
**Lawsuite No. 37-2023-00055543-CU-BC-CTL**

Is the claim subject to offset? ■ No ☐ Yes

**$102,275.44**

---

| | |
|---|---|
| **3.25** | |

**Nonpriority creditor's name and mailing address**

**Caterpillar Financial**
**PO Box 10647**
**Pasadena, CA 91189**

**Date(s) debt was incurred  2019**

**Last 4 digits of account number  7708**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**
**37-2023-00055543-CU-BC-CTL**

Is the claim subject to offset? ■ No ☐ Yes

**$80,057.25**

---

| | |
|---|---|
| **3.26** | |

**Nonpriority creditor's name and mailing address**

**Caterpillar Financial**
**PO Box 10647**
**Pasadena, CA 91189**

**Date(s) debt was incurred  2019**

**Last 4 digits of account number  5866**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**
**37-2023-00055543-CU-BC-CTL**

Is the claim subject to offset? ■ No ☐ Yes

**$45,721.21**

---

Debtor  **Rancho Paving, Inc., a California Corporation**                Case number *(if known)* _____
         Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,499.47 |
|---|---|---|---|

**Cintas**
**8254 Ronson Rd.**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,042.00 |
|---|---|---|---|

**Cintas Fire Protections**
**8254 Ronson Rd.**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Citi Bank NA**
**1 Cit Drive**
**Livingston, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  deficiency on 2012 Ford commercial loan**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Imperial Beach**
**825 Imperial Beach Blvd**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  342.50**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 |
|---|---|---|---|

**City of La Mesa**
**8130 Allison Ave**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.00 |
|---|---|---|---|

**City of San Clemente**
**100 North Calle Seville**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.00 |
|---|---|---|---|

**City of Santee**
**10601 Magnolia Avenue**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Business debt**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rancho Paving, Inc., a California Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,375.00** |
|---|---|---|---|

**Clear Choice Lien Service**
**301 Cypress Lane**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |
|---|---|---|---|

**Clear Springs Prop & Casualty**
**227 W Monroe St #2100**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number  _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,796.00** |
|---|---|---|---|

**Coast Equipment Rental**
**1713 West Vista Way**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **8190**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Commercial Credit Group Inc.**
**2135 City Gate Lane #449**
**Naperville, IL 60566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/08**

Last 4 digits of account number  **1802**

Basis for the claim:  **deficiency on 2019 Peterbilt truck (VIN 6540) lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Commercial Credit Group Inc.**
**2135 City Gate Lane #449**
**Naperville, IL 60566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1701**

Basis for the claim:  **defiency on 2018 Peterbilt Super 10 dump truck loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Commercial Credit Group Inc.**
**2135 City Gate Lane #449**
**Naperville, IL 60566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **1705**

Basis for the claim:  **deficiency on 2017 Leeboy 8510HD Asphalt Paving Machine 168784 lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Commercial Credit Group Inc.**
**2135 City Gate Lane #449**
**Naperville, IL 60566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **deficiency on 2013 Caterpillar CB224E Roller  lease**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.41 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |
| **Commercial Credit Group Inc.** | ☐ Contingent |
| **2135 City Gate Lane #449** | ☐ Unliquidated |
| **Naperville, IL 60566** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **deficiency on 2000 Caterpillar 414E skip loader** |
| Last 4 digits of account number _ | **CAT0414ECELB00160 lease** |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.42 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |
| **Commercial Credit Group Inc.** | ☐ Contingent |
| **2135 City Gate Lane #449** | ☐ Unliquidated |
| **Naperville, IL 60566** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **deficiency on 2010 Caterpillar 262C Skid Steer** |
| Last 4 digits of account number _ | **CAT0262CVMST05159 lease** |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.43 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |
| **Commercial Credit Group Inc.** | ☐ Contingent |
| **2135 City Gate Lane #449** | ☐ Unliquidated |
| **Naperville, IL 60566** | ☐ Disputed |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **deficiency on 2020 Leeboy 5300 Paver 283453 lease** |
| Last 4 digits of account number _ | **(repoed)** |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.44 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |
| **Commercial Credit Group Inc.** | ☐ Contingent |
| **2135 City Gate Lane #449** | ☐ Unliquidated |
| **Naperville, IL 60566** | ☐ Disputed |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **deficiency on 2019 Peterbilt 567 Day Cab Tractor with** |
| Last 4 digits of account number _ | **a Cummins X1 5 525 hp lease (repoed)** |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.45 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |
| **Commercial Credit Group Inc.** | ☐ Contingent |
| **2135 City Gate Lane #449** | ☐ Unliquidated |
| **Naperville, IL 60566** | ☐ Disputed |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **deficiency on 2017 Ford F450 loan (repoed)** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.46 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$379.00** |
| **County of San Deigo** | ☐ Contingent |
| **PO Box 12961** | ☐ Unliquidated |
| **San Diego, CA 92112** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** |
| Last 4 digits of account number **7685** | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.47 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$23,824.00** |
| **Cox Communications** | ☐ Contingent |
| **PO Box 1259** | ☐ Unliquidated |
| **Oaks, PA 19456** | ☐ Disputed |
| Date(s) debt was incurred **2022-23** | **Basis for the claim:** **Business debt** |
| Last 4 digits of account number **9102** | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____
                Name

| | |
|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **3.48** | **Nonpriority creditor's name and mailing address** | **$2,649.60** |
| | **Credit Collection Services**<br>**725 Centon St.**<br>**Norwood, MA 02062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2021-23** | **Basis for the claim:** **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.49** | **Nonpriority creditor's name and mailing address** | **$750.00** |
| | **Dept of Toxic Subtance Control**<br>**P.O. Box 806**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2023** | **Basis for the claim:** **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.50** | **Nonpriority creditor's name and mailing address** | **$295.00** |
| | **Disa Global Solutions**<br>**17592 E. 17th Street #300**<br>**Tustin, CA 92780** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2022-23** | **Basis for the claim:** **Business debt** |
| | Last 4 digits of account number **1456** | Is the claim subject to offset? ■ No ☐ Yes |
| **3.51** | **Nonpriority creditor's name and mailing address** | **$14,722.36** |
| | **Ditch Witch Financial Svcs.**<br>**475 Sansome Street, 19th Floor**<br>**San Francisco, CA 94111** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2021-23** | **Basis for the claim:** **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.52** | **Nonpriority creditor's name and mailing address** | **$1,033.77** |
| | **DLL Financial**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2023** | **Basis for the claim:** **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.53** | **Nonpriority creditor's name and mailing address** | **$26,395.00** |
| | **DMV  Renewal**<br>**PO Box 942894**<br>**Sacramento, CA 94294** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2021-23** | **Basis for the claim:** **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.54** | **Nonpriority creditor's name and mailing address** | **$26,535.00** |
| | **Doug's Sweeping**<br>**320 W Douglas Ave**<br>**El Cajon, CA 92020** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2021-23** | **Basis for the claim:** **Business debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Rancho Paving, Inc., a California Corporation**                     Case number *(if known)* _____
                    Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,604.79 |
|---|---|---|---|

**EDCO**
**6670 Federal Blvd**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Financial Pacific Leasing Inc.**
**PO Box 4568**
**Federal Way, WA 98063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim:  **deficiency on 2008 STRG commercial truck**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fleischer, Fleischer & Suglia**
**601 Rt. 73 North, #305**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **De Lage Lannden v Rancho Paving, Inc.**

Last 4 digits of account number **9922**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,430.72 |
|---|---|---|---|

**Fora Financial West LLC**
**940 South Coast Dr #203**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,897.54 |
|---|---|---|---|

**G.Scott Asphalt**
**358 Trousdale Dr,**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $572,350.24 |
|---|---|---|---|

**Hemer, Rousso & Heald**
**15910 Ventura Blvd. 12th Floor**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,998.80 |
|---|---|---|---|

**Hi-Way Safety**
**13310 5th Street**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Business debt**

Last 4 digits of account number **2360**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Rancho Paving, Inc., a California Corporation**                 Case number *(if known)* _____
_____
Name

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Higuera, Marisela**
**8928 Jaime Court**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$614.82** |
|---|---|---|---|

**Industrial Rubber Supplu**
**PO Box 710429**
**Santee, CA 92072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  0894**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,649.60** |
|---|---|---|---|

**Infinity Select Insurance**
**157 Kearsing Pkwy**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$943.82** |
|---|---|---|---|

**Interstate Batteries**
**9345 Cabot Drive**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  5189**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,517.46** |
|---|---|---|---|

**IPFS**
**PO Box 412086**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,910.85** |
|---|---|---|---|

**JGD & Associates**
**9191 Towne Centre Dr, Ste 340**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Business debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,794.05** |
|---|---|---|---|

**JNR**
**PO Box 27070**
**Minneapolis, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022-23**

**Basis for the claim:  SDGE**
**Business debt**

**Last 4 digits of account number  4770**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Rancho Paving, Inc., a California Corporation**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Lanak & Hanna**<br>**625 The City Drive South #190**<br>**Yorba Linda, CA 92886-8000** | As of the petition filing date, the claim is: Check all that apply. **$11,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2022** | |
| | Last 4 digits of account number **_** | Basis for the claim: **American Contractors Indemnity Co.**<br>**Contractor's License Bond 100494246** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Laquer, Urban, Clifford et al**<br>**200 S. Los Robles Avenue #500**<br>**Pasadena, CA 91101** | As of the petition filing date, the claim is: Check all that apply. **$18,776.45**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2021** | |
| | Last 4 digits of account number **5731** | Basis for the claim: **Lawsuit/Judgment**<br>**Trustees of Operating Engineers Pension Trust et al v**<br>**Rancho Paving, Inc.I** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Laquer, Urban, Clifford et al**<br>**200 S. Los Rogles Avenue #500**<br>**Pasadena, CA 91101** | As of the petition filing date, the claim is: Check all that apply. **$116,004.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2021** | |
| | Last 4 digits of account number **9392** | Basis for the claim: **Trustees of Operating Engineers Pension Trust v**<br>**Rancho Paving, Inc.**<br>**2:21-cv-9392** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Lease Direct Servicing**<br>**PO Box 6980**<br>**Wayne, PA 19087** | As of the petition filing date, the claim is: Check all that apply. **$1,033.77**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2022-23** | |
| | Last 4 digits of account number **4555** | Basis for the claim: **Business debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Leviton Law Firm, Ltd.**<br>**One Piercxe Place #725W**<br>**Itasca, IL 60143** | As of the petition filing date, the claim is: Check all that apply. **$2,499.47**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2022-23** | |
| | Last 4 digits of account number **9927** | Basis for the claim: **Cintas Business debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Light Gabler**<br>**760 Paseo Camarillo #300**<br>**Camarillo, CA 93010** | As of the petition filing date, the claim is: Check all that apply. **$1,898.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2022-23** | |
| | Last 4 digits of account number **4757** | Basis for the claim: **Business debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Lounsbery, Ferguson, Altona**<br>**960 Canterbury Place #300**<br>**Escondido, CA 92025** | As of the petition filing date, the claim is: Check all that apply. **$18,376.54**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2022** | |
| | Last 4 digits of account number **8938** | Basis for the claim: **USA Mobile Tire v Rancho Paving** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Rancho Paving, Inc., a California Corporation**                                          Case number *(if known)* _____

Name

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,610.00 |
|---|---|---|---|

**Magnum Sealing & Paving**
**PO Box 181588**
**Coronado, CA 92178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**MDRS Spine & Sport Inc.**
**3760 Convoy St #101**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,972.00 |
|---|---|---|---|

**Mendelson Law Group**
**5805 Sepulveda Blvd. #850**
**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Lawsuit/Judgment**
**Martin Marietta Materials v Ranco Paving, Inc.**
**37-2023-00017701**

Last 4 digits of account number  **7701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,425.55 |
|---|---|---|---|

**Mendelson Law Group**
**5805 Sepulveda Blvd. #850**
**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Sunstate Equipment**
**Business debt**

Last 4 digits of account number  **0856**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,791.80 |
|---|---|---|---|

**Miramar Bobcat Inc.**
**9370 Miramar Rd**
** CA 92125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,515.56 |
|---|---|---|---|

**Operating Engineers trust fund**
**Operating Engineers trust fund**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,428.54 |
|---|---|---|---|

**Otay Mesa Sales**
**1596 Rador Road**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  **9291**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____
         Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,879.00 |
|---|---|---|---|

**3.83**

Nonpriority creditor's name and mailing address
**Pacific Coast Commercial
East-West Properties LLC
10721 Treena St #200
San Diego, CA 92131**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deficiency on lease**

Is the claim subject to offset? ■ No ☐ Yes

**$65,879.00**

---

**3.84**

Nonpriority creditor's name and mailing address
**Pacific Cold Planning
13552 Calimesa Blvd
Yucaipa, CA 92399**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,800.00**

---

**3.85**

Nonpriority creditor's name and mailing address
**Pacific Computer Supply
229 Polaris Ave. Suite 17
Mountain View, CA 94043**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$280.05**

---

**3.86**

Nonpriority creditor's name and mailing address
**Pacific Safety Center
9880 Via Pasar #F
San Diego, CA 92126**

Date(s) debt was incurred  **2022-23**

Last 4 digits of account number  **2010**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$695.00**

---

**3.87**

Nonpriority creditor's name and mailing address
**Parkman Law Firm
9845 Erma Road #210B
San Diego, CA 92131**

Date(s) debt was incurred  **2921023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,152.00**

---

**3.88**

Nonpriority creditor's name and mailing address
**Pitney Bowes, Inc.
PO Box 981026
Boston, MA 02298**

Date(s) debt was incurred  **2022-23**

Last 4 digits of account number  **1979**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **postage meter
Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$770.23**

---

**3.89**

Nonpriority creditor's name and mailing address
**Polanco, Graciano
4106 Beta St.
San Diego, CA 92113**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

Debtor  **Rancho Paving, Inc., a California Corporation**                     Case number (if known) _____
_____
Name

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,999.22** |
|---|---|---|---|

**Pucin & Friedland**
**1699 E. Woodfield Rd.**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$962,111.63** |
|---|---|---|---|

**Reich, Adell & Cvitan**
**3550 Wilshire Blvd #2000**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Construction Laborers Trust Fund v Rancho Paving, Inc. et al**

Last 4 digits of account number  **2MCS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,424.44** |
|---|---|---|---|

**RP Cable & Engineering**
**1456 N. Magnolia Ave. #D**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,365.75** |
|---|---|---|---|

**Safety Kleen Systems**
**197 Vernon Way**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,320.00** |
|---|---|---|---|

**San Diego Asphalt & Recycling**
**12512 Highway 67**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$411.26** |
|---|---|---|---|

**San Diego Friction  Products**
**1532 N. Johnson Avenue**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1907**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,585.00** |
|---|---|---|---|

**Sate of Ca Vehicle Registratio**
**PO Box 419001**
**Rancho Cordova, CA 95741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____
_____
Name

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,463.95** |
|---|---|---|---|

**SDG&E**
**Box 25111**
**Santa Ana, CA 92799**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** __4483__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,934.94** |
|---|---|---|---|

**Seal Master**
**PO Box 2218**
**Sandusky, OH 44871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022-23__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** __0066__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,440.00** |
|---|---|---|---|

**Sealco**
**1370 La Mirada Dr**
**   MD 20780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __20-23__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Sedgwick Claims Management**
**PO Box 14151**
**Lexington, KY 40512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022-23__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** __1800__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Sedwick**
**1420 Iowa Ave # 200**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sivila, Joselyn**
**860 Firethorn Street**
**San Diego, CA 92154**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Business debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$489,343.88** |
|---|---|---|---|

**Small Business Administration**
**PO Box 740192**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:** __Small Business Loan/Preferred Lender Program__

**Last 4 digits of account number** __7007__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number (if known) _____
_____
Name

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |

**Small Business Administration**
PO Box 740192
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number **8204**

Basis for the claim: **Small Business Loan/DisasterCovid-19 Economic Injury**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.68** |

**South Coast Medical Clinic**
408 W 8th St
**National City, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,385.41** |

**Southern Ins. Company AM Trust**
220 East 42nd Street Suite 310
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |

**Southern Insurance Company**
 801 Virginia Village Dr
**Glen Allen, VA 23059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,412.00** |

**State of Claifornia**
DMV
PO Box 942894
**Sacramento, CA 94294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-23**

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,875.00** |

**Statewide Stripes**
7320 Mission Gorge Rd,
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **20222-23**

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,001.60** |

**Sunstate Equipment**
1360 Magnolia Ave
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Rancho Paving, Inc., a California Corporation**                     Case number *(if known)* _____
_____
Name

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,588.94** |
|---|---|---|---|

**Sweetwater Authority**
**505 Garrett Avenue**
**Chula Vista, CA 91910**

Date(s) debt was incurred  **2022-23**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,703.46** |
|---|---|---|---|

**Teletrak Navman**
**310 Commerce Suite 100**
**Irvine, CA 92602**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,642.46** |
|---|---|---|---|

**Toolshed Equipment Rental**
**156 W Mission Ave**
**Escondido, CA 92025**

Date(s) debt was incurred  **2022-23**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Traffic Supply Inc.**
**390 Pauma Pl,**
**Escondido, CA 92029**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$559.31** |
|---|---|---|---|

**Transworld Systems Inc**
**Collection Agency**
**PO Box 15618  Dept 938**
**Wilmington, DE 19850**

Date(s) debt was incurred  **2022-23**

Last 4 digits of account number  **2179**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.78** |
|---|---|---|---|

**United Rentals North America**
**PO BOX 4366**
**Modesto, CA 95352**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**United Rotary brush**
**181 Pawnee St. #B**
**San Marcos, CA 92078**

Date(s) debt was incurred  **2022-23**

Last 4 digits of account number  **1100**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Rancho Paving, Inc., a California Corporation**                     Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **United Rotary brush** | ☐ Contingent |
| | **181 Pawnee St. #B** | ☐ Unliquidated |
| | **San Marcos, CA 92078** | ☐ Disputed |

**$4,528.26**

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**United Site Services**
**2500 Sweetwater Springs blvd**
**Spring Valley, CA 91978**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$463.75**

Date(s) debt was incurred  **2023**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Urbina's Master Sweeping**
**709 Country Trl Bonita**
**Bonita, CA 91902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,040.00**

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**USA Mobil Tire Service**
**711 W 4th Ave**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,548.02**

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Wiese & Associates**
**1941 Friendship Dr Suite C**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,939.88**

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ditchey Geiger, LLC**<br>**7123 Pearl Road #400**<br>**Cleveland, OH 44130** | Line  **3.100**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Transworld Systems, Inc**<br>**500 Virginia Dr. #514**<br>**Fort Washington, PA 19034** | Line  **3.55**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **Rancho Paving, Inc., a California Corporation**
_____
Name

Case number (*if known*) _____

|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ 39,856.13 |
| **5b. Total claims from Part 2** | 5b. + $ 3,585,358.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ 3,625,214.88 |

**Fill in this information to identify the case:**

Debtor name   **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Monzon, Guadalupe** | **1526 Amador** Chula Vista, CA 91913 | **Pacific Coast Commercial** | ☐ D ____ <br> ■ E/F __3.83__ <br> ☐ G ____ |
| 2.2 | **Monzon, Guadalupe** | **1526 Amador** Chula Vista, CA 91913 | **Small Business Administration** | ☐ D ____ <br> ■ E/F __3.103__ <br> ☐ G ____ |
| 2.3 | **Monzon, Guadalupe** | **1526 Amador** Chula Vista, CA 91913 | **Small Business Administration** | ☐ D ____ <br> ■ E/F __3.104__ <br> ☐ G ____ |
| 2.4 | **Monzon, Ernesto** | **1526 Amador Street** Chula Vista, CA 91913 | **Small Business Administration** | ☐ D ____ <br> ■ E/F __3.103__ <br> ☐ G ____ |
| 2.5 | **Monzon, Ernesto** | **1526 Amador Street** Chula Vista, CA 91913 | **Small Business Administration** | ☐ D ____ <br> ■ E/F __3.104__ <br> ☐ G ____ |

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)*  _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name    **Rancho Paving, Inc., a California Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$197,197.50** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$300,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Rancho Paving, Inc., a California Corporation**          Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2013 Caterpillar CB224E Roller** | **9/20/23** | **$53,000.00** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2000 Caterpillar 262C Roller Skid Steer** | **9/190/23** | **$5,000.00** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2010 Caterpillar 262C Skid Steer** | **9/20/23** | **$5,000.00** |
| **Caterpillar Financial** PO Box 10647 Pasadena, CA 91189 | **backhoe loader** | **7/2023** | **$30,000.00** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2019 Peterbilt truck (VIN 6540) lease** | **October 2023** | **Unknown** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2018 Peterbilt Super 10 dump truck** | **October 2023** | **Unknown** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2019 Peterbilt 567 Day Cab Tractor with a Cummins X1 5 525 hp lease** | **October 2023** | **Unknown** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2017 Leeboy 8510HD Asphalt Paving Machine 168784 lease** | **OCtober 2023** | **Unknown** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2013 Caterpillar CB224E Roller  lease** | **October 2023** | **Unknown** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2000 Caterpillar 414E skip loader CAT0414ECELB00160 lease** | **OCtober 2023** | **Unknown** |
| **Commercial Credit Group Inc.** 2135 City Gate Lane #449 Naperville, IL 60566 | **2010 Caterpillar 262C Skid Steer CAT0262CVMST05159 lease** | **October 2023** | **Unknown** |

Debtor  **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Commercial Credit Group Inc.**<br>**2135 City Gate Lane #449**<br>**Naperville, IL 60566** | **2020 Leeboy 5300 Paver 283453 lease** | **October 2023** | **Unknown** |
| **Commercial Credit Group Inc.**<br>**2135 City Gate Lane #449**<br>**Naperville, IL 60566** | **deficiency on 2017 27202 skidsteer(repoed)** | **2023** | **Unknown** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**  **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Trustees of Operating Engineers Pension Trust et al v Rancho Paving, Inc.I**<br>**Case No. 21:2-CV-05731** | **Civil Suit for money** | **U. S. Distict Ct. Central California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Construction Laborers Trust Fund for S. California Administration Company v Rancho Paving, Inc.**<br>**22-cv-04792-MCS-RAO** | **Civil Suit for money** | **U.S. District Court, Central California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Monzon v Monzon**<br>**22FL012052S** | **Marital Settlement Agreement** | **Superior Court of California County of San Diego**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.  **Martin Marietta Materials v Ranco Paving, Inc.**<br>**37-2023-00017701** | **Civil suit for money** | **Superior Court of California Central Division**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Caterpillar Financial Services v Rancho Paving, Inc., et al.**<br>**37-2023-00055543-CU-BC-CTL** | **Civil Suit for money** | **Superior Court of California Central Division**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Rancho Paving, Inc., a California Corporation**                                    Case number *(if known)* _____

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey L. Brown<br>Brown & Farmer<br>7777 Alvarado Road #622<br>La Mesa, CA 91942** | **Attorney fee** | **September 21, 2023** | **$5,000.00** |
| | **Email or website address<br>jlb@brownfarmerlaw.com** | | | |
| | **Who made the payment, if not debtor?<br>Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Rancho Paving, Inc., a California Corporation**          Case number *(if known)* _____

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **Monzon, Guadalupe** **1526 Amador** **Chula Vista, CA 91913** | **2017 Chevy Equinox (salvaged)** | **1/2022** | **$1,000.00** |
| **Relationship to debtor** **ex-spuse** | | | |
| 13.2 **Monzon, Delan** **1526 Amador Street** **Chula Vista, CA 91913** | **2021 RCLP Dump Trailer** | **1/2022** | **$1,500.00** |
| **Relationship to debtor** **son** | | | |
| 13.3 **Unknown** | **2009 Ford F550, License No. 14148G2, sold for scrap/junk** | **4/28/2022** | **$250.00** |
| **Relationship to debtor** **none** | | | |
| 13.4 **Unknown** | **2005 GMC ST5500, License No. 7X76258, sold for scrap/junk** | **4/28/2022** | **$250.00** |
| **Relationship to debtor** **none** | | | |
| 13.5 **Unknown** | **2005 Ford F450 , License No. 8A94123,sold for scrp/junk** | **4/28/2022** | **$250.00** |
| **Relationship to debtor** **none** | | | |
| 13.6 **Unknown** | **2003 Ford F150, License No. 7A10030** | **4/28/2022** | **$250.00** |
| **Relationship to debtor** **none** | | | |
| 13.7 **Unknown** | **2005 Ford Mini Dump, License #90101K2, sold for scrp/junk** | **4/28/2022** | **$250.00** |
| **Relationship to debtor** **none** | | | |
| 13.8 **Unknown** | **2009 Toyota Camry, License No. 6E1D972, sold for scrap/junk** | **4/28/2022** | **$250.00** |
| **Relationship to debtor** **none** | | | |

Debtor  **Rancho Paving, Inc., a California Corporation**          Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.9. | **Unknown** | **2002 Dodge Ramos, License No. 71453X1, sold for scrap/junk** | **4/28/2022** | **$250.00** |
| | **Relationship to debtor none** | | | |
| 13.10. | **Financial Pacific Leasing Inc. PO Box 4568 Federal Way, WA 98063** | **2008 STRG commercial truck sold as scrap** | **April 2023** | **Unknown** |
| | **Relationship to debtor none** | | | |
| 13.11. | **Financial Pacific Leasing Inc. PO Box 4568 Federal Way, WA 98063** | **2000 Isuzu commercial sold as scrap** | **February 2023** | **Unknown** |
| | **Relationship to debtor none** | | | |
| 13.12. | **Financial Pacific Leasing Inc. PO Box 4568 Federal Way, WA 98063** | **2000 Chevrolet commercial sold as scrap** | **2023** | **Unknown** |
| | **Relationship to debtor none** | | | |
| 13.13. | **Citi Bank NA 1 Cit Drive Livingston, NJ 07039** | **2012Ford commercial trucl sold as scrap** | **2023** | **Unknown** |
| | **Relationship to debtor none** | | | |
| 13.14. | **Financial Pacific Leasing Inc. PO Box 4568 Federal Way, WA 98063** | **2002 Chevrolet commercial truck sold as scrap** | **2023** | **Unknown** |
| | **Relationship to debtor none** | | | |
| 13.15. | **Commercial Credit Group Inc. 2135 City Gate Lane #449 Naperville, IL 60566** | **2017 Ford F450** | **2022** | **Unknown** |
| | **Relationship to debtor none** | | | |

**Part 7:**  Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor  **Rancho Paving, Inc., a California Corporation**   Case number *(if known)* _____

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **339 Cypress Lane**<br>**El Cajon, CA 92020** | **January 2018 to July 2023** |

### Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)* _____

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page  **8**

Debtor    **Rancho Paving, Inc., a California Corporation**                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1.  **Rancho Paving, Inc.** **1456 N. Magnolia Ave. #D** **El Cajon, CA 92020** | **Paving company** | **Dates business existed** |
| | | EIN:    **20-0264753** |
| | | From-To    **8/21/2003 to present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ernesto Monzon** | **1526 Amador St. Chula Vista, CA 91913** | **President/CEO** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor   **Rancho Paving, Inc., a California Corporation**          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Guadalupe Monzon** | **1526 Amador St.**<br>**Chula Vista, CA 91913** | **Secretary** | **2016-2022** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January  3, 2024**

**/s/ Ernesto Monzon**                              **Ernesto Monzon**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re    **Rancho Paving, Inc., a California Corporation**

Debtor(s)

Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  3, 2024**

*Date*

**/s/ Jeffrey L. Brown**

**Jeffrey L. Brown**
*Signature of Attorney*
**Attorney at Law**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
**(619) 461-6511   Fax: (619) 698-2957**
**Jlb@brownfarmerlaw.com**
*Name of law firm*

Revised: 1/24/13

Name, Address, Telephone No. & I.D. No.
**Jeffrey L. Brown**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
**(619) 461-6511**
**65321 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Rancho Paving, Inc., a California Corporation**

Tax I.D. / S.S. #: **20-0264753**

                                    Debtor.

BANKRUPTCY NO.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.  Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.  Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.  Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.  Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.  Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.    Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.    Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.    Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.    Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10.    File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11.    Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12.    Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation, Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.    Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.    Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.    Opposing Motions for Relief from Stay;

4.    Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.    Redemption Motions and hearings on Redemption Motions;

6.    Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.    Representation in a Motion to Dismiss or Convert debtor's case;

8.    Motions to Reinstate or Extend the Automatic Stay;

9.    Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

### III.
### Additional Services Not Included in the Initial Fee Which Will Require a Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.     Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.     Defense of a Complaint objecting to discharge;

3.     Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.     Sheriff levy releases;

5.     Section 522(f) Lien Avoidance Motions;

6.     Opposing a request for, or appearing at a 2004 examination;

7.     All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.     Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.     Filing or responding to an appeal;

10.    An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

### IV.
### Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.     Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.     List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.     Provide accurate and complete financial information;

4.     Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.     Cooperate and communicate with your attorney;

3

6.      Discuss the objectives of the case with your attorney before you file;

7.      Keep the attorney updated with any changes in contact information, including email address;

8.      Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.      Keep the attorney updated on any changes in the household income and expenses;

10.     Timely file all statutorily required tax returns;

11.     Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.     Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.     Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.     Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.     Pay all required fees prior to the filing of the case;

16.     Promptly pay all required fees in the event post filing fees are incurred;

17.     Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated:  **January  3, 2024**                           **/s/ Ernesto Monzon**
_____             _____
                                                       **Ernesto Monzon**
                                                       Debtor


Dated:  **January  3, 2024**                           **/s/ Jeffrey L. Brown**
_____             _____
                                                       **Jeffrey L. Brown**
                                                       Attorney for Debtor(s)

4

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.

**Jeffrey L. Brown**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
**(619) 461-6511**
**65321 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Rancho Paving, Inc., a California Corporation**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

�■ New petition filed.  Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: **118**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor <u>diskette</u> required.        TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:   **January  3, 2024**                    **/s/ Ernesto Monzon**
                                     **Ernesto Monzon**/**President**
                                     Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

      a)      A new petition is filed.  Diskette required.

      b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

      c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

      a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

      b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

      a)      <u>Scannable matrix format required.</u>

      b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

      c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Monzon, Guadalupe
1526 Amador
Chula Vista, CA 91913


ABC Industrial Corp Svcs.
1411 N Magnolia Ave
El Cajon, CA 92020


ADLI Law Group
12400 Wilshire Blvd, Suite 146
Los Angeles, CA 90025


Adriana's Insurance Svcs.
9445 Charles Smith Ave.
Rancho Cucamonga, CA 91730


Alton, Howard  CPA
12523 Limonite Ave 440 436
Mira Loma, CA 91752


AM Trust Financial
800 Superior Avenue E
Cleveland, OH 44114


AM Trust North America
PO Box 5876
Cleveland, OH 44101


American Express
PO Box 0001
Los Angeles, CA 90096


Amigo, Ramon
8928 Jaime Court
Spring Valley, CA 91977

AmTrust Group Workers Comp
16875 W Bernardo Dr, Ste 290,
San Diego, CA 92170


Asset Collections Inc.l
660 SW 92nd Avenue #120
Portland, OR 97223


Assett Collections
9707 Aero Dr
San Diego, CA 92123


Assured Protections Systems
3707 Cameo Ln
San Diego, CA 92111


Avetta
PO Box 8474
Pasadena, CA 91109


Avetta
1730 Flight Wy Suite 200,
Irvine, CA 92606


Breakinridge Insurance
100 Pacifica Suite 340
Irvine, CA 92618


Bridgestone Hose Power
50 Industrial Loop North
Orange Park, FL 32073


Bridgestone Hose Power
7375 Convoy Ct
San Diego, CA 92111

```
C3 Risk & Insurance Svcs.
404 Camino del Rio S #410
San Diego, CA 92108


Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413


Cal Portland
PO Box 847409
Los Angeles, CA 90084


California Commercial Cred Grp
525 N. TRYON STREET SUITE 1000
Charlotte, NC 28202


Calportland
PO Box 847409
Los Angeles, CA 90084


CAT Card
PO Box 735638
Dallas, TX 75373


Caterpillar Financial
PO Box 10647
Pasadena, CA 91189


Cintas
8254 Ronson Rd.
San Diego, CA 92123


Cintas Fire Protections
8254 Ronson Rd.
San Diego, CA 92123
```

Citi Bank NA
1 Citi Drive
Livingston, NJ 07039


Citi Bank NA
1 Cit Drive
Livingston, NJ 07039


City of Imperial Beach
825 Imperial Beach Blvd
Imperial Beach, CA 91932


City of La Mesa
8130 Allison Ave
La Mesa, CA 91942


City of San Clemente
100 North Calle Seville
San Clemente, CA 92672


City of Santee
10601 Magnolia Avenue
Santee, CA 92071


Clear Choice LIen Service
301 Cypress Lane
El Cajon, CA 92020


Clear Springs Prop & Casualty
227 W Monroe St #2100
Chicago, IL 60606


Coast Equipment Rental
1713 West Vista Way
Vista, CA 92083

Commercial Credit Group Inc.
2135 City Gate Lane #449
Naperville, IL 60566


County of San Deigo
PO Box 12961
San Diego, CA 92112


Cox Communications
PO Box 1259
Oaks, PA 19456


Credit Collection Services
725 Centon St.
Norwood, MA 02062


Dept of Toxic Subtance Control
P.O. Box 806
Sacramento, CA 95812


Disa Global Solutions
17592 E. 17th Street #300
Tustin, CA 92780


Ditch Witch Financial Svcs.
475 Sansome Street, 19th Floor
San Francisco, CA 94111


Ditchey Geiger, LLC
7123 Pearl Road #400
Cleveland, OH 44130


DLL Financial
P.O. Box 41602
Philadelphia, PA 19101

```
DMV  Renewal
PO Box 942894
Sacramento, CA 94294


Doug's Sweeping
320 W Douglas Ave
El Cajon, CA 92020


EDCO
6670 Federal Blvd
Lemon Grove, CA 91945


Financial Pacific Leasing Inc.
PO Box 4568
Federal Way, WA 98063


Fleischer, Fleischer & Suglia
601 Rt. 73 North, #305
Marlton, NJ 08053


Fora Financial West LLC
940 South Coast Dr #203
Costa Mesa, CA 92626


G.Scott Asphalt
358 Trousdale Dr,
Chula Vista, CA 91910


Hemer, Rousso & Heald
15910 Ventura Blvd. 12th Floor
Encino, CA 91436


Hi-Way Safety
13310 5th Street
Chino, CA 91710
```

Higuera, Marisela
8928 Jaime Court
Spring Valley, CA 91977


Industrial Rubber Supplu
PO Box 710429
Santee, CA 92072


Infinity Select Insurance
157 Kearsing Pkwy
Monsey, NY 10952


Internal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Batteries
9345 Cabot Drive
San Diego, CA 92126


IPFS
PO Box 412086
Kansas City, MO 64141


JGD & Associates
9191 Towne Centre Dr, Ste 340
San Diego, CA 92122


JNR
PO Box 27070
Minneapolis, MN 55427


Lanak & Hanna
625 The City Drive South #190
Yorba Linda, CA 92886-8000

Laquer, Urban, Clifford et al
200 S. Los Robles Avenue #500
Pasadena, CA 91101


Laquer, Urban, Clifford et al
200 S. Los Rogles Avenue #500
Pasadena, CA 91101


Lease Direct Servicing
PO Box 6980
Wayne, PA 19087


Leviton Law Firm, Ltd.
One Piercxe Place #725W
Itasca, IL 60143


Light Gabler
760 Paseo Camarillo #300
Camarillo, CA 93010


Lounsbery, Ferguson, Altona
960 Canterbury Place #300
Escondido, CA 92025


Magnum Sealing & Paving
PO Box 181588
Coronado, CA 92178


MDRS Spine & Sport Inc.
3760 Convoy St #101
Carlsbad, CA 92010


Mendelson Law Group
5805 Sepulveda Blvd. #850
Van Nuys, CA 91411

Miramar Bobcat Inc.
9370 Miramar Rd
CA 92125


Monzon, Ernesto
1526 Amador Street
Chula Vista, CA 91913


Newtek Small business Inc.
1981 Marcus Avenue
New Hyde Park, NY 11042


Operating Engineers trust fund
Operating Engineers trust fund
Pasadena, CA 91103


Otay Mesa Sales
1596 Rador Road
San Diego, CA 92154


Pacific Coast Commercial
East-West Properties LLC
10721 Treena St #200
San Diego, CA 92131


Pacific Cold Planning
13552 Calimesa Blvd
Yucaipa, CA 92399


Pacific Computer Supply
229 Polaris Ave. Suite 17
Mountain View, CA 94043


Pacific Safety Center
9880 Via Pasar #F
San Diego, CA 92126

Parkman Law Firm
9845 Erma Road #210B
San Diego, CA 92131


Pitney Bowes, Inc.
PO Box 981026
Boston, MA 02298


Polanco, Graciano
4106 Beta St.
San Diego, CA 92113


Pucin & Friedland
1699 E. Woodfield Rd.
Schaumburg, IL 60173


Reich, Adell & Cvitan
3550 Wilshire Blvd #2000
Los Angeles, CA 90010


RP Cable & Engineering
1456 N. Magnolia Ave. #D
El Cajon, CA 92020


Safety Kleen Systems
197 Vernon Way
El Cajon, CA 92020


San Diego Asphalt & Recycling
12512 Highway 67
Lakeside, CA 92040


San Diego County
Dept of Revenue & Recovery
Box 129037
San Diego, CA 92112

```
San Diego Friction  Products
1532 N. Johnson Avenue
El Cajon, CA 92020


Sate of Ca Vehicle Registratio
PO Box 419001
Rancho Cordova, CA 95741


SDG&E
Box 25111
Santa Ana, CA 92799


Seal Master
PO Box 2218
Sandusky, OH 44871


Sealco
1370 La Mirada Dr
MD 20780


Sedgwick Claims Management
PO Box 14151
Lexington, KY 40512


Sedwick
1420 Iowa Ave # 200
Riverside, CA 92507


Sivila, Joselyn
860 Firethorn Street
San Diego, CA 92154


Small Business Administration
PO Box 740192
Atlanta, GA 30374
```

South Coast Medical Clinic
408 W 8th St
National City, CA 91950


Southern Ins. Company AM Trust
220 East 42nd Street Suite 310
New York, NY 10017


Southern Insurance Company
 801 Virginia Village Dr
Glen Allen, VA 23059


State of California EDD
PO Box 826215
Sacramento, CA 94230


State of Claifornia
DMV
PO Box 942894
Sacramento, CA 94294


Statewide Stripes
7320 Mission Gorge Rd,
San Diego, CA 92120


Sunstate Equipment
1360 Magnolia Ave
El Cajon, CA 92020


Sweetwater Authority
505 Garrett Avenue
Chula Vista, CA 91910


Teletrak Navman
310 Commerce Suite 100
Irvine, CA 92602

Toolshed Equipment Rental
156 W Mission Ave
Escondido, CA 92025


Traffic Supply Inc.
390 Pauma Pl,
Escondido, CA 92029


Transworld Systems Inc
Collection Agency
PO Box 15618  Dept 938
Wilmington, DE 19850


Transworld Systems, Inc
500 Virginia Dr. #514
Fort Washington, PA 19034


United Rentals North America
PO BOX 4366
Modesto, CA 95352


United Rotary brush
181 Pawnee St. #B
San Marcos, CA 92078


United Site Services
2500 Sweetwater Springs blvd
Spring Valley, CA 91978


Urbina's Master Sweeping
709 Country Trl Bonita
Bonita, CA 91902


USA Mobil Tire Service
711 W 4th Ave
Escondido, CA 92025

```
Wiese & Associates
1941 Friendship Dr Suite C
El Cajon, CA 92020
```

**United States Bankruptcy Court**
**Southern District of California**

In re   **Rancho Paving, Inc., a California Corporation** _____   Case No. _____
                                          Debtor(s)      Chapter   **7** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ernesto Monzon**, declare under penalty of perjury that I am the **President** of **Rancho Paving, Inc., a California Corporation**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __3rd__ day of __January__ , 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ernesto Monzon, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ernesto Monzon, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ernesto Monzon, President** of this Corporation is authorized and directed to employ **Jeffrey L. Brown**, attorney and the law firm of **Attorney at Law** to represent the corporation in such bankruptcy case."

Date   **January 3, 2024** _____        Signed   **/s/ Ernesto Monzon** _____
                                                            **Ernesto Monzon**

Resolution of Board of Directors
of
**Rancho Paving, Inc., a California Corporation**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ernesto Monzon**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ernesto Monzon**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ernesto Monzon**, **President** of this Corporation is authorized and directed to employ **Jeffrey L. Brown**, attorney and the law firm of **Attorney at Law** to represent the corporation in such bankruptcy case.

Date **January 3, 2024**                    Signed  **/s/ Ernesto Monzon**
                                                    **Ernesto Monzon**